UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANITA MILLER, THOMAS SIMMONS, JENNIFER SCHUBERT, and ADAM HICKS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INSINKERATOR, LLC.<br><br>Defendant. | Case No.: 1:23-cv-03797<br><br>**Honorable Edmond E. Chang** |

## JOINT STATUS REPORT

Pursuant to the Court's Minute entries on November 16, 2023 (ECF No. 34) and January 9, 2024 (ECF No. 47), Anita Miller, Thomas Simmons, Jennifer Schubert, and Adam Hicks ("Plaintiffs"), and Defendant, Insinkerator, LLC ("Insinkerator"), by and through undersigned counsel, provide the following Joint Status Report.

1. **Status of Written Discovery**

In the Court's September 8, 2023 Minute entry (ECF No. 21), the Court set December 11, 2023 as the deadline for service of initial written discovery. The Parties complied with this deadline. However, in light of the timing of service of written discovery being near the holidays and at year-end, and upon efforts to confer with their clients regarding responding to discovery, the Parties agreed to extend the deadline for responses and objections by 45 days, with February 23, 2024 as the agreed-upon deadline. At this time, the Parties have no discovery disputes.

2. **Status of ESI Protocol**

1

In the Court's November 16, 2023 Minute entry (ECF No. 32), the Parties were ordered to propose an ESI Protocol by December 22, 2023. On December 21, 2023, the Parties requested an extension to file a proposed ESI Protocol with the Court. The Court granted the extension (ECF No. 42) and gave the Parties until noon on January 16, 2024 to file their proposed ESI Protocol. The Parties worked diligently to draft a proposed ESI Protocol and have submitted it to the Court.

### 3. Additional Issues Raised by the Parties

In the Court's September 8, 2023 Minute entry (ECF No. 21), the Court set September 9, 2024 as the close of fact discovery and reserved on setting deadlines for expert discovery and any motion for class certification. The Parties propose the Court set the following dates:

| | |
|---|---|
| Deadline for Initial Expert Reports | **October 9, 2024** |
| Deadline for Rebuttal Expert Reports | **November 9, 2024** |
| Deadline for Reply Expert Reports | **December 9, 2024** |
| Motion for Class Certification | **February 28, 2025** |
| Status Hearing for Additional Scheduling | **60 Days After the Conclusion of Briefing** |

DATED: January 11, 2024          Respectfully submitted,

/s/ Harper T. Segui
Harper T. Segui
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC**
825 Lowcountry Blvd., Suite 101
Mount Pleasant, SC 29464
Telephone: (919) 600-5000
Facsimile: (865) 522-0049
hsegui@milberg.com

Rachel Soffin
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
rsoffin@milberg.com

Thomas A. Pacheco*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC**
900 W. Morgan St.
Raleigh, NC 27603
Telephone: (212) 946-9305
tpacheco@milberg.com

Jonathan Feavel**
**FEAVEL & PORTER, LLP**
36 N. 5th St.
Vincennes, IN 47591
Telephone: (812) 886-9230
Facsimile: (812) 866-9161
feavel@feavelandporter.com

*Attorneys for Plaintiffs and Proposed Classes*
*\*Admitted Pro Hac Vice*
*\*\*Application for Admission Pro Hac Vice to be filed*

DATED: January 11, 2024

        */s/ Galen D. Bellamy*
        Galen D. Bellamy (CO Bar No. 31705)
        Andrew M. Unthank (CO Bar No. 36832)
        Wheeler Trigg O'Donnell LLP
        370 Seventeenth Street, Suite 4500
        Denver, CO 80202
        Telephone: 303.244.1800
        Email: bellamy@wtotrial.com
              unthank@wtotrial.com

        Leah R. Bruno
        Sulema M. Novak
        Adam J. Wallstein
        Dentons US, LLP
        233 S. Wacker Drive, Suite 5900
        Chicago, IL 60606
        Telephone:    312.876.8920
        Email: lea.bruno@dentons.com
              sulema.medrano@dentons.com
              adam.wallstein@dentons.com

        *Attorneys for Defendant InSinkErator LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2024, the foregoing was filed using the Court's CM/ECF service, which will send notification of such filing to all counsel of record.

*/s/ Harper T. Segui*
Harper T. Segui
