## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ANITA MILLER, THOMAS SIMMONS, JENNIFER SCHUBERT, and ADAM HICKS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>INSINKERATOR, LLC.<br><br>    Defendant. | Case No.: 1:23-cv-03797<br><br>**Honorable Edmond E. Chang** |

## JOINT STATUS REPORT

Pursuant to the Court's Minute entry on March 8, 2024 (ECF No. 59), Plaintiffs Anita Miller, Thomas Simmons, Jennifer Schubert, and Adam Hicks ("Plaintiffs"), and Defendant, Insinkerator, LLC ("Insinkerator"), by and through undersigned counsel, provide the following Joint Status Report:

1.      On March 8, 2024, the Parties submitted an email to Chambers updating the Court regarding the progress of discovery.  Specifically, the update indicated the Parties had exchanged responses to written discovery and had begun producing documents.

2.      On March 15, 2024, the Parties continued their conferral process begun on February 29, 2024, regarding Defendant's proposed document custodians and search terms. The Parties have agreed to Defendant's list of proposed custodians and search terms.  The Parties also agreed that Defendant would continue making rolling productions of responsive documents.  At this time, the Parties have no outstanding disagreements related to discovery.

1

3.      Per the Court's Minute entry on January 16, 2024, the Parties are not prepared to provide a proposed schedule for future discovery at this time until the Defendant is in a better position to determine when document production will be substantially complete. However, the Parties are in routine contact regarding this case and are working together to discuss issues as they arise to ensure discovery progresses quickly and in accordance with deadlines already set by the Court, including the current deadline for the close of fact discovery on September 9, 2024.

DATED: March 18, 2024                    Respectfully submitted,

/s/ Harper T. Segui
Harper T. Segui
**MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, LLC**
825 Lowcountry Blvd., Suite 101
Mount Pleasant, SC 29464
Telephone: (919) 600-5000
Facsimile: (865) 522-0049
hsegui@milberg.com

Rachel Soffin
**MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, LLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
rsoffin@milberg.com

Thomas A. Pacheco*
**MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, LLC**
900 W. Morgan St.
Raleigh, NC 27603
Telephone: (212) 946-9305
tpacheco@milberg.com

Jonathan Feavel*
**FEAVEL & PORTER, LLP**
36 N. 5th St.
Vincennes, IN 47591

Telephone: (812) 886-9230
Facsimile: (812) 866-9161
feavel@feavelandporter.com

*Attorneys for Plaintiffs and Proposed Classes*
*\*Admitted Pro Hac Vice*

DATED: March 18, 2024

*/s/ Galen D. Bellamy*

Galen D. Bellamy (CO Bar No. 31705)
Andrew M. Unthank (CO Bar No. 36832)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: 303.244.1800
Email: bellamy@wtotrial.com
    unthank@wtotrial.com

Leah R. Bruno
Sulema M. Novak
Adam J. Wallstein
Dentons US, LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone:    312.876.8920
Email: lea.bruno@dentons.com
        sulema.medrano@dentons.com
        adam.wallstein@dentons.com

*Attorneys for Defendant InSinkErator LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 18, 2024, the foregoing was filed using the Court's CM/ECF

service, which will send notification of such filing to all counsel of record.

<u>*/s/ Harper T. Segui*</u>
Harper T. Segui