UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANITA MILLER, THOMAS SIMMONS, JENNIFER SCHUBERT, and ADAM HICKS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>INSINKERATOR, LLC.<br><br>    Defendant. | Case No.: 1:23-cv-03797<br><br>**Judge Edmond E. Chang**<br><br>**Magistrate Judge M. David Weisman** |

## JOINT STATUS REPORT

Pursuant to the Court's Minute entry on March 19, 2024 (ECF No. 61), Plaintiffs Anita Miller, Thomas Simmons, Jennifer Schubert, and Adam Hicks ("Plaintiffs"), and Defendant, InSinkErator, LLC ("InSinkErator"), by and through undersigned counsel, provide the following Joint Status Report:

1.    The Parties have continued to make progress in moving the litigation forward. On February 23, 2024, Plaintiffs responded to Defendant's discovery requests and produced documents pursuant to those requests. Plaintiffs have served 20 third-party retailers with subpoenas and are actively engaged in negotiating the scope of the third-party's production in response therewith. Plaintiffs have retained an ESI vendor that is prepared to host Defendant's documents upon production.

2.    Defendant has made two early document productions and has collected and is processing multiple non-custodial databases and other information responsive to Plaintiffs' written discovery. In the five weeks since the parties agreed on a list of custodians and search terms,

1

Defendant has collected a significant amount of data from those custodians, processed that data for review, and has a document review team positioned to begin regular rolling document productions by May 3, 2024.

3. The Parties are currently coordinating dates for Plaintiffs' depositions and inspections of Plaintiffs' garbage disposals, as well as negotiating protocols for those inspections. Plaintiffs are not able to notice the depositions of Defendant's witnesses until Defendant's document production has been substantially completed.

4. Based on the volume of data currently known to Defendant, Defendant anticipates substantial completion of the production of its documents by June 17, 2024.

5. In light of Defendant's estimated substantial completion date of June 17, 2024, Plaintiffs are skeptical that they will be able to send supplemental discovery requests and complete all depositions needed before the September 9, 2024 discovery deadline. However, Plaintiffs will reserve any request for extension of this date until necessary.

DATED: April 23, 2024
Respectfully submitted,

/s/ Harper T. Segui
Harper T. Segui
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC**
825 Lowcountry Blvd., Suite 101
Mount Pleasant, SC 29464
Telephone: (919) 600-5000
Facsimile: (865) 522-0049
hsegui@milberg.com

Rachel Soffin
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929

Telephone: (865) 247-0080
Facsimile: (865) 522-0049
rsoffin@milberg.com

Thomas A. Pacheco*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC**
900 W. Morgan St.
Raleigh, NC 27603
Telephone: (212) 946-9305
tpacheco@milberg.com

Jonathan Feavel*
**FEAVEL & PORTER, LLP**
36 N. 5th St.
Vincennes, IN 47591
Telephone: (812) 886-9230
Facsimile: (812) 866-9161
feavel@feavelandporter.com

*Attorneys for Plaintiffs and Proposed Classes*
*\*Admitted Pro Hac Vice*

DATED: April 23, 2024

      */s/ Galen D. Bellamy*
      Galen D. Bellamy (CO Bar No. 31705)
      Andrew M. Unthank (CO Bar No. 36832)
      Wheeler Trigg O'Donnell LLP
      370 Seventeenth Street, Suite 4500
      Denver, CO 80202
      Telephone: 303.244.1800
      Email: bellamy@wtotrial.com
            unthank@wtotrial.com

      Leah R. Bruno
      Sulema M. Novak
      Adam J. Wallstein
      Dentons US, LLP
      233 S. Wacker Drive, Suite 5900
      Chicago, IL 60606
      Telephone:    312.876.8920
      Email: lea.bruno@dentons.com
            sulema.medrano@dentons.com
            adam.wallstein@dentons.com

      *Attorneys for Defendant InSinkErator LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2024, the foregoing was filed using the Court's CM/ECF service, which will send notification of such filing to all counsel of record.

*/s/ Harper T. Segui*
Harper T. Segui
