# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Anita Miller, et al.

                                Plaintiff,

v.                                                      Case No.: 1:23−cv−03797
                                                                      Honorable Edmond E. Chang

Insinkerator, LLC, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 29, 2024:

      MINUTE entry before the Honorable M. David Weisman: Plaintiffs' agreed motion for entry of addendum to the protective order [76] is granted. Plaintiff shall submit a clean Word version of the amended protective order to the Court's proposed order inbox no later than 9/3/24. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.